THE STATE, ON THE RELATION OF R. CASTILLE, PRAYING FOR A MANDAMUS, *v.*
THE JUDGE OF THE SECOND DISTRICT COURT OF NEW ORLEANS.

Where a tutor presents a petition to the court, praying that a special mortgage which he tenders to
secure the rights of the minors may be accepted, and the tacit mortgage annulled, he is entitled to
a formal judgment on his petition, and this judgment must be entered on the minutes of the court,
and reduced to writing and signed by the Judge.

ON the relation of *R. Castille,* praying for a *mandamus* against the Judge of
the Second District Court. *E. Bermudez,* for relator.

MERRICK, C. J. The relator having been appointed tutor to the minors *Marie* and *Joseph Castille,* filed his petition, praying that the special mortgage which
he tenders to secure the rights of the minors, may be accepted, and the tacit
mortgage annulled. The District Judge declined accepting the special mortgage,
being of the opinion that the property was so incumbered by prior mortgages,
as not to offer any adequate security to the minors. C. C. 331; Phillips' Dig.
338, sec. 13.

He, therefore, refused to receive the special mortgage, but declines to reduce
to writing the verbal order which he made, and he states that the practice in his
court, both by himself and his predecessors, as far as he can learn, has been,
(where he or they disapproved of the advice of a family meeting,) to deliver an
oral refusal, without reducing the same to writing.

The relator complains that he is precluded from taking his appeal until the
order of the lower court is reduced to writing; that if he should undertake to
appeal, there would be nothing of record to show that he had been aggrieved, or
that the proceeding was not still pending.

It appears to us, that the relator is entitled to have a formal judgment rendered upon his petition, in order that he may appeal, if the decree be adverse to
his pretensions. See the *State* v. *The Judge of the Second District Court,* 13
An. 481, 483.

This judgment, when pronounced, must be entered upon the minutes of the
court, and reduced to writing, and signed by the Judge. C. P. 544, 546.

We cannot render the particular decree desired by the relator, nor pass upon
the reasons which have influenced the District Judge to withhold the order.

We can consider those questions only, when presented on appeal.

It is, therefore, ordered, adjudged and decreed by the court, that a writ of
*mandamus* issue to the Honorable the Judge of the Second District Court of
New Orleans, commanding him to proceed to pronounce judgment upon the
petition of said *Ramond Castille,* filed in said Second District Court, on the 2d
day of December, 1859, and praying that a special mortgage be accepted, and
that the tacit mortgage theretofore existing in favor of said minors be annulled,
and for general relief; and that when such judgment shall have been pronounced,
that said District Judge cause the same to be entered upon the minutes of his
court, and reduced to writing, and that he sign the said judgment so to be rendered.